B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>Eastern District of Arkansas | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**J. M. Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**71-0560149** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2501 State Street, Suite 400**<br>**Little Rock, AR**<br>ZIP Code **72206** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pulaski** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2501 State Street, Suite 400**<br>**Little Rock, AR 72206** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **J. M. Products, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)**                                                                     **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **J. M. Products, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Sheila F. Campbell**
Signature of Attorney for Debtor(s)

**Sheila F. Campbell 83-239**
Printed Name of Attorney for Debtor(s)

**SHEILA F. CAMPBELL P. A.**
Firm Name

**P O BOX 34007**
**217 WEST 2nd STREET, SUITE 200**
**LITTLE ROCK, AR 72203**

_____
Address

**Email: info@sheilacampbelllaw.com**
**501 374 0700  Fax: 501 372 5375**
Telephone Number

**April 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Michael W. Joshua**
Signature of Authorized Individual

**Michael W. Joshua**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 23, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Arkansas

In re   **J. M. Products, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Arkansas Labeling, Inc.<br>P.O. Box 16202<br>Little Rock, AR 72231 | Arkansas Labeling, Inc.<br>P.O. Box 16202<br>Little Rock, AR 72231 | credit account | | 22,643.12 |
| Aurora Management Partners<br>600 Superior Avenue East,<br>Suite 1300<br>Cleveland, OH 44114 | Aurora Management Partners<br>600 Superior Avenue East,<br>Suite 1300<br>Cleveland, OH 44114 | | | 50,000.00 |
| Bank of America<br>P.O. Box 2364<br>Hartford, CT 06101-8715 | Bank of America<br>P.O. Box 2364<br>Hartford, CT 06101-8715 | | | 8,602,983.92<br><br>(0.00 secured) |
| BWAY Corporation | BWAY Corporation | | | 93,605.40 |
| Cone Solvents, Inc.<br>V #13132<br>P.O. Box 90308<br>Nashville, TN 37209 | Cone Solvents, Inc.<br>V #13132<br>P.O. Box 90308<br>Nashville, TN 37209 | | | 16,413.55 |
| Croda Incorporated<br>P.O. Box 31445<br>Hartford, CT 06150-1445 | Croda Incorporated<br>P.O. Box 31445<br>Hartford, CT 06150-1445 | | | 16,630.35 |
| Crown Cork & Seal USA iNC.<br>ATTN:  Greg Davenport<br>1440 Paysphere Circle<br>Chicago, IL 60674 | Crown Cork & Seal USA iNC.<br>ATTN:  Greg Davenport<br>1440 Paysphere Circle<br>Chicago, IL 60674 | | | 272,854.48 |
| DS Containers, Inc.<br>ATTN  Jean Viapiano<br>1789 Hubbard Ave.<br>Batavia, IL 60510 | DS Containers, Inc.<br>ATTN  Jean Viapiano<br>1789 Hubbard Ave.<br>Batavia, IL 60510 | | | 98,816.34 |
| Gas Equipment Company<br>V#350003<br>P.O. Box 29242<br>Dallas, TX 75229-0242 | Gas Equipment Company<br>V#350003<br>P.O. Box 29242<br>Dallas, TX 75229-0242 | | | 36,553.32 |
| Home Bank of Arkansas<br>P.O. Box 342<br>Damascus, AR 72039 | Home Bank of Arkansas<br>P.O. Box 342<br>Damascus, AR 72039 | | | 231,000.00<br><br>(0.00 secured) |
| Multi-Color Corporation | Multi-Color Corporation | | | 36,553.32 |

B4 (Official Form 4) (12/07) - Cont.

In re **J. M. Products, Inc.**                       Case No. _____

               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Regions Bank**<br>**Commercial oans Dept 2521**<br>**Birmingham, AL 35287-2521** | **Regions Bank**<br>**Commercial oans Dept 2521**<br>**Birmingham, AL 35287-2521** | | | **577,300.61**<br><br>**(0.00 secured)** |
| **Regions Leasing**<br>**P.O. Box 1471**<br>**Little Rock, AR 72203** | **Regions Leasing**<br>**P.O. Box 1471**<br>**Little Rock, AR 72203** | | | **33,010.18**<br><br>**(0.00 secured)** |
| **Sonneborn, Inc.**<br>**P O Box 933238**<br>**Atlanta, GA 31193-3238** | **Sonneborn, Inc.**<br>**P O Box 933238**<br>**Atlanta, GA 31193-3238** | | | **37,201.53** |
| **Southeastern Frt Line**<br>**P O Box 100104**<br>**Columbia, SC 29202-3104** | **Southeastern Frt Line**<br>**P O Box 100104**<br>**Columbia, SC 29202-3104** | | | **30,511.28** |
| **St. Joseph Packaging Inc.**<br>**75 Remittance Drive STE 6541**<br>**Chicago, IL 60675-6541** | **St. Joseph Packaging Inc.**<br>**75 Remittance Drive STE 6541**<br>**Chicago, IL 60675-6541** | | | **21,614.86** |
| **Superior Protection**<br>**P OP Box 55646**<br>**Little Rock, AR 72215-5646** | **Superior Protection**<br>**P OP Box 55646**<br>**Little Rock, AR 72215-5646** | | | **32,313.36** |
| **Technical Propellants Co.**<br>**35100 Eale Way**<br>**Chicago, IL 60678-1351** | **Technical Propellants Co.**<br>**35100 Eale Way**<br>**Chicago, IL 60678-1351** | | | **104,970.53** |
| **United Healthcare Insur**<br>**Dept. CH 10151**<br>**Palatine, IL 60055-0151** | **United Healthcare Insur**<br>**Dept. CH 10151**<br>**Palatine, IL 60055-0151** | | | **23,358.97** |
| **Univar USA iNC.**<br>**P O Box 849027**<br>**Dallas, TX 75284-9027** | **Univar USA iNC.**<br>**P O Box 849027**<br>**Dallas, TX 75284-9027** | | | **112,868.09** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 23, 2009**_____          Signature    **/s/ Michael W. Joshua**_____

                                                    **Michael W. Joshua**<br>                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A T & T
P.O. Box 5001
Carol Stream, IL 60197-5001

A T & T
P.O. Box 5001
Carol Stream, IL 60197-5001

A T & T
P.O. Box 5001
Carol Stream, IL 60197-5001

A T & T Long Distance
P.O. Box 5017
Carol Stream, IL 60197-5017

AAA Tank
8418 Chicot Acres
Mabelvale, AR 72103

ADT Security Services, Inc.
P.O. Box 650485
Dallas, TX 75265-0485

Advanced Assembly
6717 Alcoa Road
Benton, AR 72015

Agilex Flavors & Frg
1432 Paysphere Circle
Chicago, IL 60674

AGLA GPO

AHBAI
5329 Paysphere Circle
Chicago, IL 60674

Airgas Safety Inc.
P.O. Box 951884
Dallas, TX 75395-1884

AKZO Novel Surface Chem
6819 Paysphere Circle
Chicago, IL 60674


All Electric Supply


Allied Waste Services
#858 Littl Rock
P.O. bOX 9001099
Wilmore, KY 40390-1099


American Interplex Corp.
8600 Kanis Road
Little Rock, AR 72204-2322


Anchor Pest Control
P.O. bOX 4045
Little Rock, AR 72214


Applied Industrial Tech
V #6339
22510 Network Place
Chicago, IL 60673-1225


Ark Automatic Sprinkler
185 Arena Road
P.O. Box 1370
Cabot, AR 72023


Ark Industrial Electronic
104 Duquesne Court
Little Rock, AR 72223


Arkansas Flag And Banner
P.O. Box 164868
Little Rock, AR 72216


Arkansas Industrial


Arkansas Labeling, Inc.
P.O. Box 16202
Little Rock, AR 72231

Arkansas Packaging Inc
P.O. Box 16202
Little Rock, AR 72231

Arkansas Sign and Neon
8525 Distribution Drive
Little Rock, AR 72209

Arylessence, Inc.
V3 80001
1091 Lake Drive
Marietta, GA 30066-1073

Associates Publications
Attention: Linda Rolle
875 N. Mich. Ave. Ste 3434
Chicago, IL 60611-1901

ATOKA, Inc.

Aurora Management Partners
600 Superior Avenue East,
Suite 1300
Cleveland, OH 44114

Avaya Financial Service
P.O. Box 93000
Chicago, IL 60673-3000

Balers & More, Inc.

Bank of America
P.O. Box 2364
Hartford, CT 06101-8715

Berg & Son Machine Shop
1201 E Eighth Street
Little Rock, AR 72202

Berry Pasktics Co, Inc.

Black College Today


Bray Sheet Metal Co.
1508 Scott St.
Little Rock, AR 72202


Brookfield Eng Lab inc.


Brown Janitor Supply Co.
3509 Asher Avenue
Little Rock, AR 72204


BWAY Corporation


Carrier Corporation
P.O. Box 93844
Chicago, IL 60673-3844


CED/Keathley Patterson
Electrical
P.O. Box 964
Mission, KS 66201


Centerpoint Energy Arkla
P.O. Box 4583
Houston, TX 77210-4583


Central Transport Intl
Dept. 77-3494
Chicago, IL 60678-3494


Centro, Inc.
Post Office Box 1000 Dept #532
Memphis, TN 38148-0532


Certified Laboratories
V # 971
P.O. Box 971269

CINTAS Corp
P.O. Box 13990
Maumelle, AR 72113


CINTAS Corp
P.O. Box 13990
Maumelle, AR 72113


Circle Packaging
Machinery, Inc.
2020 American Blvd.
De Pere, WI 54115


Coca-Cola Enterprises
P.O. Box 403390
Atlanta, GA 30384-3390


Colonial Chemical Inc.
V#37380
225 Colonial Drive
South Pittsburg, TN 37380


Comcast
1020 West 4th St
Little Rock, AR 72201


Compbenefits
P.O. Box 2973
Roswell, GA 30076


Compliance Consulting Co.
P.O. Box 13673
Jackson, MS 39206


Cone Solvents, Inc.
V #13132
P.O. Box 90308
Nashville, TN 37209


Cope Plastics, Inc.
P.O. Box 368
Godfrey, IL 62035-0360

Coyote Logistics LLC
P.O. bOX 405574
Atlanta, GA 30384-5574


Creative
7300 North Monticello
Skokie, IL 60076


Croda Incorporated
P.O. Box 31445
Hartford, CT 06150-1445


Crown Cork & Seal USA iNC.
ATTN:  Greg Davenport
1440 Paysphere Circle
Chicago, IL 60674


Custom Essence, Inc.
53 Veronica Avenue
Somerset, NJ 08873


Custom Ingredients, Inc.
712 Wilson Street
P.O. Box 772
Chester, SC 29706


Datamax Micro
P.O. Box 2222
Saint Louis, MO 63109-0222


Diamond International Trucks
P.O. Box 1000 Dept 586
Memphis, TN 38148-0586


Domino Amjet Inc.
135 South Lasalle St.
Department 3809
Chicago, IL 60674-3809


DS Containers, Inc.
ATTN  Jean Viapiano
1789 Hubbard Ave.
Batavia, IL 60510

E & S Air Compressor Ser
P.O. Box 540
Dougherty, OK 73032


Elevator Safety Inspet.
P.O. Box 6866
North Little Rock, AR 72124


Employment Development
Department
P.O. Box 826846
Sacramento, CA 94246-0001


Entergy
P.O. Box 8101
Baton Rouge, LA 70891-8101


Enterprise Transportation


Exal Corporation
V# EXAL
One Performance Place
Lorain, OH 44052


Express Services, Inc.
P.O. Box 841634
Dallas, TX 75284-1634


Fairway Lawns
P.O. Box 55900
Little Rock, AR 72215


FEDEX
ATTN:  Dianne Hendrick
P.O. Box 660481
Dallas, TX 75266-0481


FEDEX Freight East
P.O. Box 406708
Atlanta, GA 30384-6708


FEDEX National LTL
P.O. Box 95001
Lakeland, FL 33804-5001

Fisher Scientific
9999 Veterans Memorial Drive
Houston, TX 77038


Flexion Casters & Mat.
P.O. Box 190608
8716 I-30
Little Rock, AR 72219-0608


Flexion Casters & Mat.



Food & Drug Admin.
Dept. Health & Hman Ser
5600 Fishers Lane Room 11B-04
Rockville, MD 20857


Franklin Electrofluid
P.O. Box 18777
Memphis, TN 38101-0777


Freight Systems, Inc.
P.O. Box 406709
Atlanta, GA 30384-6708


Gas Equipment Company
V#350003
P.O. Box 29242
Dallas, TX 75229-0242


GMAC  Payment Processing
Center
P.O. Box 630071
Dallas, TX 75263-0071


GMAC Payment Processing
Center
P.O. Box 630071
Dallas, TX 75263-0071


Goddess Products, Inc.
204 East 13th
North Little Rock, AR 72114

Grainger
Dept. 805064763
P.O. Box 419267
Kansas City, MO 64141-6267


Harleysville Mutual Ins.
Flood Insurance Process Center
P.O. Box 650346
Dallas, TX 75265-0346


Haverstock, Garrett & Roberts
611 Olive Street, Ste 1610
Saint Louis, MO 63101


Home Bank of Arkansas
P.O. Box 342
Damascus, AR 72039


Home Depot Credit Service
Dept. 32-2017491337
P.O.Box 6029
The Lakes, NV 88901-6029


IFM Effector, Inc.


Internal Revenue Service
Special Procedures
700 W. capitol, Stop 5700
Little Rock, AR 72201


International Paper Co.


J. J. Keller & Associates


J.B. Hunt Trans, Inc.


KAPS-All Packaging Sysrem

LA Sher Oil Company


Lee Spring
140 58th Street
Brooklyn, NY 11220


Lift Truck Serv. Center


Little Rock Regional Chamber
of Commerce


LSC Marketing


Maple Leaf Canvas


Mays, Bryd & Associates


McMaster-Carr


MEIJI Corporation


Mercedes Benz Financial
P.O. Box 90019212
Louisville, KY 40290-1921


Metropolitan Fire Ext.


Mobile Mini, LLC-AR


Modern Image Systems

Multi-Color Corporation


NLR Welding Supply, Inc.
P.O Box 17290
5001 East Baorday
North Little Rock, AR 72117


North LR NAACP


North LR NAACP


Office Depot Credit Plan


Office Depot Credit Plan


Olcott Plastics


Omron Electronics LLC
P.O. Box 73285
Chicago, IL 60673-7285


Option One Printing


Parker Solvents Co. Inc.


Path Silicones, Inc.


Pennsylvania Life Insurance
P O Box 16908
Jackson, MS 39236


PFG Little Rock

PFG Little Rock


Pitney Bowes
Purchase Power
P.O. Box 856042
Louisville, KY 40285-6390


Pitney Bowes Global Fin.
P.O. Box 856460
Louisville, KY 40285-6460


Plane Cargo Inc.


Plant Electric Company


Plant Electric Company


Precision Valve Corp
P.O. Box 5955
Hicksville, NY 11802


Price Tech Group


Purvis Industries, Ltd.


Quill Corporation


Refrigeration & Electric


Regions Bank
Commercial oans Dept 2521
Birmingham, AL 35287-2521

Regions Equipment Finance
P.O. Box 11407
Birmingham, AL 35246-1090


Regions Leasing
P.O. Box 1471
Little Rock, AR 72203


RGA Co., Inc.


Rita Corporation
8011 Solutions Center
Chicago, IL 60677


RS Industrial Inc.


Scheider National
135 S. Lasalle Dept. 2567
Chicago, IL 60647-2567


SGS U.S. Testing Co.
P O Box 2502
Carol Stream, IL 60132-2502


Shepherd's Inc.
P O Box 3665
Little Rock, AR 72203


Sherwin-Williams Co.
4827 JFK Blvd
North Little Rock, AR 72116-7314


Sherwin-Williams Co.


Siemens Financial Service
3417 Collection Center Drive
Chicago, IL 60693

Siemens Water Technology
Techologies Corp
P.O. Box 360766
Pittsburgh, PA 15250-6766


SIMPLEXGRINNELL
Dept. CH 10320
Palatine, IL 60055


Sonneborn, Inc.
P O Box 933238
Atlanta, GA 31193-3238


Southeastern Frt Line
P O Box 100104
Columbia, SC 29202-3104


Southern Aerosol Tech
1091 Lake Drive
Marietta, GA 30066


St. Joseph Packaging Inc.
75 Remittance Drive STE 6541
Chicago, IL 60675-6541


Star Bolt, Inc.
P O Box 9480
North Little Rock, AR 72119-9480


Superior Protection
P OP Box 55646
Little Rock, AR 72215-5646


Technical Propellants Co.
35100 Eale Way
Chicago, IL 60678-1351


Teletouch


Terco, Inc.
459 Camden Drive
Bloomingdale, IL 60108

TGW International


The Light Bulb Shoppe
6621 Geyer Springs Road
Little Rock, AR 72209


The Lincoln National Life
P O Box 0821
Carol Stream, IL 60132-0821


The Mobile Storage Group
P O Box 79149
Phoenix, AZ 85062-9149


The Southern Co.
1201 Cypress Street
North Little Rock, AR 72114


Thiele Technologies
P O Box 71949
Chicago, IL 60694-1949


TRICORBRAUN
12462 Collections Center Drive
Chicago, IL 60693


Trigon Engineering Co.
1523 Bowman Road, Suite F
Little Rock, AR 72211


Underwood Mold Co.
P O Box 1607
Woodstock, GA 30188


United Healthcare Insur
Dept. CH 10151
Palatine, IL 60055-0151


United Parcel Services
28013 Network Place
Chicago, IL 60673

Unity Plastics, Inc.
P O Box 4025
North Little Rock, AR 72114


Univar USA iNC.
P O Box 849027
Dallas, TX 75284-9027


UPS
LOCKBOX 577
Carol Stream, IL 60132-0577


UPS Freight LTL
P.O. Box 730900
Dallas, TX 75373-0900


Wastewater Management Inc.
2779 Rockefeller Ave
Cleveland, OH 44115


WLS Sawmill Inc.
8018 Hwy 35
Benton, AR 72015


XM Satellite Radio
P O Box 79500
Baltimore, MD 21279-0500


YRC (RDWY)
P O Box 730375
Dallas, TX 75373-0375